## Corp *against* Vermilye.

SPECIAL bail having been filed in this cause, the defendant presented his petition, stating, that he was " a resident of the state of *New-Jersey*, and that he was desirous of removing the cause into the next circuit court of the *United States*, to be held in and for the district of *New-York*, in the second circuit," and offered sufficient security for entering in the said court, on the first day of its next session, true copies of the proceedings, and for his appearance in that court, on that day, and entering special bail in that court.

*Johnson*, for the defendant, moved, that the security offered be accepted, that the bail given in this court be discharged, and that all further proceedings be stayed.

*Henry*, contra, objected, that the petition and affidavit of the defendant, stated merely that he was a resident of *New-Jersey*, not that he was a *citizen* of that state.

*Per Curiam*. The defendant ought to have shown, that he was a *citizen* of *New-Jersey*.

Motion denied.\*

*The affidavit on which a motion is made to remove the cause into the circuit court of the United States, must state expressly, that one of the parties is a citizen of another state.*

\* See 3 *Dallas*, 382. 2 *Cranch*, 1. 126.